JORDAN ALTURA (SBN: 209431)
TINO X. DO (SBN: 221346)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY and
PRAXAIR, INC. SHORT-TERM DISABILITY
BENEFITS PLAN


JESSE S. KAPLAN CSB# 103726
5441 Fair Oaks Bl., Ste. C-1
Carmichael, CA 95609
(916) 488-3030
(916) 489-9297

Attorney for Plaintiff
LAWRENCE GONZALES

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GONZALES<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AETNA LIFE INSURANCE COMPANY and PRAXAIR, INC. SHORT-TERM DISABILITY BENEFITS PLAN<br><br>　　　　Defendants. | Case No. 3:16-cv-05670-RS<br><br>**JOINT STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION (ADR L.R. 6-5; CIVIL L.R. 7-12); [~~PROPOSED~~] ORDER THEREON**<br><br>Complaint Filed: October 5, 2016 |

TO THE HONORABLE COURT:

The parties hereto, Plaintiff LAWRENCE GONZALES ("Plaintiff") and Defendants AETNA LIFE INSURANCE COMPANY ("Aetna") and PRAXAIR, INC. SHORT-TERM DISABILITYBENEFITS PLAN ("PLAN"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed his Complaint to recover short-term disability ("STD") benefits pursuant to an employee welfare benefit plan in this Court on October 5, 2016.

WHEREAS, Defendants timely filed their Answer to Plaintiff's Complaint on December 22, 2016.

WHEREAS, Plaintiff and Defendants agreed to participate in the court-sponsored mediation pursuant to ADR L.R. 6, and this Court referred the Action to mediation in its Case Management Scheduling Order dated February 16, 2017.

WHEREAS, the Parties' current deadline to complete mediation is May 17, 2017.

WHEREAS, Arthur R. Siegel was appointed mediator on March 2, 2017.

WHEREAS, the Parties and Mr. Siegel conducted a pre-mediation conference call on March 6, 2017, wherein the mediation was scheduled to take place on May 3, 2017.

WHEREAS, the Parties have been working to confirm the amount of all benefits at issue, including offsets for state disability, Social Security, and possibly workers' compensation benefits, which have different start and stop dates, to ensure that the mediation will be worthwhile and effective. Plaintiff is providing Defendants with documents confirming these matters. However, the combination of calculations and considerations involved are particularly complicated because this STD case affects Plaintiff's potential claim for long-term disability ("LTD") benefits.

WHEREAS, the Parties agreed that they required additional time to resolve the issue of the amount of STD benefits and offsets at issue prior to conducting mediation, and informed Mr. Siegel of this development. Mr. Siegel informed the Parties that the earliest that he could re-schedule the mediation would be June 2, 2017.

WHEREAS, there has been no prior extension of time for the Parties to complete mediation.

WHEREAS, Plaintiff and Defendants anticipate that this extension of time would only affect the June 16, 2017 discovery cut-off set by the Court's February 16, 2017 Case Management Scheduling Order. The Parties assert that they will file a separate stipulation if they are unable to resolve this case at mediation and require an extension of this deadline.

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants through their respective counsel of record that the deadline to complete mediation is extended up to June 2, 2017.

IT IS SO STIPULATED.

Dated: April 28, 2017    LAW OFFICE OF JESSE S. KAPLAN

By */s/ Jesse S. Kaplan*
Jesse S. Kaplan
Attorneys for Plaintiff
LAWRENCE GONZALES

Dated: April 28, 2017    GORDON & REES LLP

By */s/ Tino X. Do*
Jordan S. Altura
Tino X. Do
Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY and PRAXAIR, INC. SHORT-TERM DISABILITY BENEFITS PLAN

ATTESTATION OF E-FILED SIGNATURE

I, Tino X. Do, am the ECF user whose ID and password are being used to file this Joint Stipulation to Extend Time to Complete Mediation. In compliance with Local Rule 5-1(i), I hereby attest that Jesse S. Kaplan, counsel for Plaintiff, has concurred in this filing.

Dated: April 28, 2017    */s/ Tino X. Do*
Tino X. Do

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the deadline for Plaintiff and Defendants to complete mediation is extended to June 2, 2017.

Dated: 5/1/17

_____
UNITED STATES DISTRICT JUDGE

1126605/32639942v.1

-4- Case No. 3:16-cv-05670-RS
JOINT STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION (ADR L.R. 6-5; CIVIL L.R. 7-12); ORDER THEREON