UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LAWRENCE GONZALES, | |
|---|---|
| Plaintiff, | Case No. 16-cv-05670-RS |
| v. | **STANDBY ORDER OF DISMISSAL** |
| AETNA LIFE INSURANCE COMPANY, et al., | |
| Defendants. | |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **August 17, 2017**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **August 24, 2017, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: June 19, 2017

_____
Richard Seeborg
United States District Judge