JESSE S. KAPLAN   CSB# 103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
(916) 488-3030
(916) 489-9297 fax

Attorney for Plaintiff
LAWRENCE GONZALES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GONZALES, | No.  3:16-cv-05670-RS |
| Plaintiff, | |
| v. | REQUEST FOR DISMISSAL OF COMPLAINT |
| AETNA LIFE INSURANCE COMPANY, PRAXAIR, INC., SHORT-TERM DISABILITY BENEFITS PLAN, | |
| Defendants. | |

COMES NOW PLAINTIFF Lawrence Gonzales, who represents that this matter has been satisfactorily settled and requests under Rule 41(a)(2) that it be dismissed with prejudice, each side to bear its own costs and fees.

DATED: July 30, 2017           /s/   Jesse S. Kaplan

JESSE S. KAPLAN
Attorney for Plaintiff
LAWRENCE GONZALEZ

*APPROVED* 7/31/2017 — Judge Richard Seeborg, United States District Court, Northern District of California

1       Request for Dismissal